UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA KAROON AND MANICKAM GANESH, individually and on behalf of a class comprised of common stock shareholders of VirnetX,<br><br>        Plaintiffs,<br><br>- against -<br><br>THE GOLDMAN SACHS GROUP, INC., MERRILL LYNCH PIERCE FENNER & SMITH, INC., CREDIT SUISSE (USA), INC., TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., BANK OF NEW YORK MELLON CORP., AND DOES 1 THROUGH 100,<br><br>        Defendants. | Case No. 17-cv-00034 (MCA)(MAH) |

**CLERK'S EXTENSION PURSUANT TO LOCAL CIVIL RULE 6.1(b)**

This matter having been opened to the Court by DLA Piper LLP (US), attorneys for Defendant The Bank of New York Mellon Corporation ("BNY Mellon"), pursuant to Local Civil Rule 6.1(b), apply for a fourteen-day (14) extension of time within which to answer, plead or otherwise respond to the Complaint herein, and it is represented that:

  1.  No previous extension has been obtained;

  2.  BNY Mellon received notice of the Complaint on December 21, 2016;

  3.  The time to answer, move or otherwise respond to the Complaint is January 11, 2017; and

4. The time within which Defendant is required to answer, move or otherwise respond is extended to and including January 25, 2017.

Dated: January 6, 2017                     **DLA Piper LLP (US**

By: s/ B. John Pendleton, Jr

B. John Pendleton, Jr.
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973-520-2561
F: 973-520-2581
john.pendleton@dlapiper.com
*Attorneys for Defendant The Bank of*
*New York Mellon Corporation*

**ORDER**

The application is ORDERED GRANTED.

ORDER DATED _____.

By:_____